In the Matter of the Application of VERONICA G. BOYLAN.

THOMAS BOYLAN, Appellant; VERONICA VOGEL et al., Respondents.

Argued January 6, 1938; decided January 25, 1938.

*Edward R. Murphy* and *William L. Clay* for appellant.
*Earl F. Case* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Taking no part: HUBBS and RIPPEY, JJ.